JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| Craya C. Caron, in pro per<br><br>Plaintiff,<br><br>v.<br><br>CVS Pharmacy Inc.; CVS Rx Services Inc., and DOES 1 through 50 inclusive;<br><br>Defendants. | Case No. 5:14-cv-01313-SJO-AGR<br><br>**ORDER RE: STIPULATION TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE**<br><br>District Judge:   Hon. S. James Otero<br>Magistrate Judge: Hon. Alicia G. Rosenberg<br><br>Complaint Filed:  May 6, 2014<br>Removed:          June 27, 2014<br>First Amended<br>Complaint Filed:  October 29, 2014<br>Trial Date:       August 18, 2015 |

# **ORDER**

The Court, having read and considered the Stipulation to Voluntarily Dismiss Action with Prejudice, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-captioned lawsuit be voluntarily dismissed with prejudice and without costs to either party, pursuant to the parties' settlement agreement in this matter.

DATED: _June 16, 2015._ _____    By: _____
                                                Hon. S. James Otero